**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GMO GAMECENTER USA, INC. and GMO INTERNET, INC.,<br><br>*Plaintiffs*,<br><br>- against -<br><br>WHINSTONE US, CORPORATION,<br><br>*Defendant*. | Civil Action No. 22-cv-5974<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. RULE 7.1** |

Defendant Whinstone US, Corporation ("Whinstone") states as follows:

1. Riot Blockchain, Inc. ("Riot") is the parent corporation of Whinstone.

2. Riot is a publicly-traded corporation. No publicly-held corporation owns ten percent or more of Riot's stock.

Dated:  July 13, 2022

FOLEY & LARDNER LLP
By:  *s/Robert A. Scher*
    Robert A. Scher
    Rachel E. Kramer
90 Park Avenue
New York, NY 10016-1314
Tel. 212-682-7474
rscher@foley.com
rkramer@foley.com

*Attorneys for Defendant Whinstone US, Corporation*