UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GMO GAMECENTER USA, INC. and GMO INTERNET, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> WHINSTONE US, CORPORATION, <br><br> Defendant. | Civil Action No.: 1:22-cv-05974 <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE**, that Leslie C. Thorne, an attorney of HAYNES AND BOONE, LLP, hereby appears on behalf of the Plaintiffs GMO GAMECENTER USA, INC. and GMO INTERNET, INC., in the above-captioned action. Please note the below service address and provide copies of all prior filings and correspondences.

Dated: New York, New York
       July 15, 2022

                                            Respectfully submitted,

                                            _/s/ Leslie Thorne_____
                                            Leslie C. Thorne
                                            leslie.thorne@haynesboone.com

                                            HAYNES AND BOONE, LLP
                                            30 Rockefeller Plaza, 26th Floor
                                            New York, NY 10112
                                            Telephone: (212) 659-7300
                                            Facsimile: (212) 918-8989

                                            **ATTORNEY FOR GMO GAMECENTER USA, INC. and GMO INTERNET, INC.**