UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                     :

GMO GAMECENTER USA, INC. and GMO       :
INTERNET, INC.,
                                                     :              22 Civ. 5974 (JPC) (KHP)
                             Plaintiffs,                     :
                                                     :              <u>ORDER OF REFERENCE</u>
                -v-                                               :               <u>TO A MAGISTRATE</u>
                                                     :                     <u>JUDGE</u>
WHINSTONE US, CORPORATION,                   :
                                                     :
                                 Defendant.                    :
------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

      This action is referred to the Honorable Katharine H. Parker for the following purposes:

| | | | |
|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: _____ |
| ☐ | Specific Non-Dispositive Motion/Dispute: _____ | | |
| | | ☐ | Habeas Corpus |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ☐ | Social Security |
| | | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation).<br>Particular Motion: |
| ☐ | Settlement | | |
| ☐ | Inquest After Default/Damages Hearing | | _____ |
| ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) | | |

SO ORDERED.

Dated: August 23, 2022                               _____
       New York, New York                                  JOHN P. CRONAN
                                                                    United States District Judge