UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GMO GAMECENTER USA, INC. and GMO INTERNET, INC., <br><br> *Plaintiffs*, <br><br> -against- <br><br> WHINSTONE US, CORPORATION, <br><br> *Defendant*. | Case No. 22-cv-5974-JPC-KHP <br><br> **APPEARANCE OF COUNSEL** |

To: The Clerk of Court and all parties of record

I am admitted to practice in this Court, and I appear as counsel for Whinstone US, Inc. (incorrectly named as Whinstone US, Corporation).

Dated: September 30, 2022
New York, New York

                                            *s/Benjamin Bassoff*
                                            Benjamin Bassoff
                                            Foley & Lardner LLP
                                            90 Park Avenue
                                            New York, New York 10016
                                            (212) 338-3607
                                            bbassoff@foley.com