

ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
212.338.3545
rkramer@foley.com

CLIENT/MATTER NUMBER
131145-0105

September 30, 2022

**Via ECF**

Hon. John P. Cronan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *GMO Gamecenter USA, Inc. et al v. Whinstone US, Corporation*; Case No. 22-cv-5974-JPC-KHP

Dear Judge Cronan,

  I am an attorney with the law firm Foley & Lardner LLP and have appeared as counsel for Defendant Whinstone US, Inc. (incorrectly named as Whinstone US, Corporation) in the above-referenced proceeding.

  I write to request that the Court approve my withdrawal as counsel of record. I will leave Foley & Lardner LLP on October 3, 2022, and will no longer be able to represent Whinstone. Whinstone will continue to be represented by Robert Scher and Benjamin Bassoff of Foley & Lardner LLP. Furthermore, my withdrawal will not cause or result in any delay or prejudice. I am not asserting a retaining or charging lien.

  Attached please find a Proposed Order granting my withdrawal as counsel of record for Your Honor's consideration.

            Respectfully,

            *s/ Rachel E. Kramer*

            Rachel E. Kramer

cc: All counsel of record (via ECF)