UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GMO GAMECENTER USA, INC. and GMO INTERNET, INC., <br><br> *Plaintiffs*, <br><br> -against- <br><br> WHINSTONE US, CORPORATION, <br><br> *Defendant*. | Case No. 22-cv-5974-JPC-KHP <br><br> **[PROPOSED] ORDER OF WITHDRAWAL OF RACHEL E. KRAMER** |

Upon consideration of the request to withdraw by attorney Rachel E. Kramer, this Court orders that Ms. Kramer be withdrawn from this case, and further orders that Ms. Kramer be removed from the Court's electronic service list.

SO ORDERED.

Dated: _____

_____
Hon. John P. Cronan
United States District Judge