USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/03/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GMO GAMECENTER USA, INC. and GMO INTERNET, INC.,

*Plaintiffs*,

-against-

WHINSTONE US, CORPORATION,

*Defendant*.

Case No. 22-cv-5974-JPC-KHP

**ORDER OF WITHDRAWAL OF RACHEL E. KRAMER**

Upon consideration of the request to withdraw by attorney Rachel E. Kramer (attached below), this Court orders that Ms. Kramer be withdrawn from this case, and further orders that Ms. Kramer be removed from the Court's electronic service list.

SO ORDERED.

Dated: 10/03/2022

Katharine H Parker
Hon. Katharine H. Parker
United States Magistrate Judge



ATTORNEYS AT LAW

90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
212.338.3545
rkramer@foley.com

CLIENT/MATTER NUMBER
131145-0105

September 30, 2022

**Via ECF**

Hon. John P. Cronan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *GMO Gamecenter USA, Inc. et al v. Whinstone US, Corporation*; Case No. 22-cv-5974-JPC-KHP

Dear Judge Cronan,

I am an attorney with the law firm Foley & Lardner LLP and have appeared as counsel for Defendant Whinstone US, Inc. (incorrectly named as Whinstone US, Corporation) in the above-referenced proceeding.

I write to request that the Court approve my withdrawal as counsel of record. I will leave Foley & Lardner LLP on October 3, 2022, and will no longer be able to represent Whinstone. Whinstone will continue to be represented by Robert Scher and Benjamin Bassoff of Foley & Lardner LLP. Furthermore, my withdrawal will not cause or result in any delay or prejudice. I am not asserting a retaining or charging lien.

Attached please find a Proposed Order granting my withdrawal as counsel of record for Your Honor's consideration.

Respectfully,

*s/ Rachel E. Kramer*

Rachel E. Kramer

cc: All counsel of record (via ECF)

AUSTIN
BOSTON
CHICAGO
DALLAS
DENVER
DETROIT
HOUSTON
JACKSONVILLE
LOS ANGELES
MADISON
MEXICO CITY
MIAMI
MILWAUKEE
NEW YORK
ORLANDO
SACRAMENTO
SALT LAKE CITY
SAN DIEGO
SAN FRANCISCO
SILICON VALLEY
TALLAHASSEE
TAMPA
WASHINGTON, D.C.
BRUSSELS
TOKYO