**FOLEY**

FOLEY & LARDNER LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/03/2022

ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
212.338.3405
rscher@foley.com

September 30, 2022

> As the Undersigned was referred for General Pretrial, parties are reminded to address letters regarding scheduling, discovery, non-dispositive pretrial motions, and settlement accordingly.
>
> The deadline for Defendant to answer the Second Amended Complaint is extended to **Monday, October 24, 2022**.
>
> SO ORDERED:
>
> /s/ Katharine H. Parker
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE   10/03/2022

**Via ECF and Via Email**
Hon. John. P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

Re:  *GMO Gamecenter USA, Inc. et al v. Whinstone US, Inc.*, No. 1:22-cv-05974-JPC-KHP

Dear Judge Cronan:

We represent Defendant Whinstone US, Inc. ("Whinstone") in the above-referenced proceeding. We write pursuant to Rule 3., B. of Your Honor's Individual Rules and Practices in Civil Cases, and with the consent of Plaintiffs GMO Gamecenter USA, Inc. and GMO Internet, Inc. ("Plaintiffs"), to request a 10-day extension of Whinstone's time to answer, move or otherwise respond to the Second Amended Complaint (ECF No. 20).

The extension is necessary because the parties are investigating and discussing the newly-added allegations appearing in Plaintiffs' Amended Complaint. These discussions could potentially impact the scope of the pleadings. Whinstone's response to the Second Amended Complaint is currently due on October 14, 2022. Accordingly, a 10-day extension would reset the response deadline to October 24, 2022. No previous request has been made for the relief sought herein; nor will the requested relief, if granted, affect any other deadlines in this case.

The parties thank the Court for its consideration.

Respectfully submitted,

*/s/Robert R. Scher*

Robert R. Scher, Esq.

cc: Counsel of Record (via ECF)

AUSTIN         DETROIT        MEXICO CITY    SACRAMENTO     TAMPA
BOSTON         HOUSTON        MIAMI          SAN DIEGO      WASHINGTON, D.C.
CHICAGO        JACKSONVILLE   MILWAUKEE      SAN FRANCISCO  BRUSSELS
DALLAS         LOS ANGELES    NEW YORK       SILICON VALLEY TOKYO
DENVER         MADISON        ORLANDO        TALLAHASSEE    SALT LAKE CITY

4890-6529-5926.4