news > Automated, Scalable PKI Management Made Easy


We are working to achieve the SDGs and realize a sustainable society.

GMO Internet, Inc. has changed its company name to GMO Internet Group, Inc. on September 1, 2022.

[For more information, please click here.](#)

# GMO INTERNET GROUP

ホーム > ニュース

September 1, 2022

## Notice of Change of Company Name

We have changed the company name from GMO Internet, Inc. to GMO Internet Group, Inc. on September 1, 2022.

### Reason for Change

Since the launch of the Internet business under the corporate slogan "Internet for Everyone" in 1995, Internet Infrastructure and Internet Finance (which are businesses at the core of the group) have offered various Internet-related services, and we have developed into a comprehensive Internet business group made up of more than 100 group companies - including 10 listed companies - run by approximately 7,000 group partners in total.

GMO internet has decided to change its company name to accelerate the group management and achieve hundreds of years of sustainable growth through the enhancement of corporate value throughout the group.

### New Company Name

GMO Internet Group, Inc.

### Date of Change

September 1, 2022

The group will create new Internet culture and industry, smiles, and excitement, and strive to further contribute to society and the people. In return, we would be honored to have your continued support.

Back

Copyright (c) 2022 GMO Internet Group, Inc. All Rights Reserved.