```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GMO GAMECENTER USA, INC. and GMO
INTERNET, INC.,
                                Plaintiffs,
                                                               22-CV-5974 (JPC) (KHP)
            -against-
                                                               SCHEDULING ORDER
 WHINSTONE US, CORPORATION,

                                Defendant.
---------------------------------------------------------------X
```

**KATHARINE H. PARKER, United States Magistrate Judge:**

On October 25, 2022, the parties appeared for an Initial Case Management Conference. After review of the pleadings and consultation with the parties, the following Scheduling Order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Pleadings, Parties, and Motions.** The parties shall have until **December 13, 2022** to amend the pleadings. The deadline to join parties is December 13, 2022.

**Discovery.** The deadline to complete all fact discovery is **July 25, 2023**. The deadline to complete all expert discovery is **September 25, 2023.**

**Interim Discovery deadlines.** Initial interrogatories and initial requests for production are due on **November 14, 2022**. Responses to initial requests for production are due on **December 14, 2022**. Requests for admission are due **June 23, 2023**. The deadline to complete fact depositions is **June 23, 2023**. Interim discovery deadlines may be revised by the parties without leave of the Court.

**Discovery Disputes.** The parties shall follow the Court's Individual Procedures with respect to any discovery disputes. *See* https://nysd.uscourts.gov/hon-katharine-h-parker.

**Rule 1 and Rule 26(b)(1).**  Counsel shall comply with Rule 1 and Rule 26(b)(1) in the conduct of discovery.

**Document Requests.**  Counsel shall be fully familiar with their obligations under Rules 34 and 26(g) and consider and discuss ways to ensure compliance and minimize disputes regarding overbreadth and specificity of requests and responses.  A failure to comply with this responsibility carries serious consequences.  Requests for any and all documents on a broad topic are presumptively improper.  Likewise, courts have held that an objection that does not appropriately explain its grounds is forfeited.  *See, e.g.*, *Wesley Corp. v. Zoom T.V. Prods., LLC*, No. 17-100212018, 2018 WL 372700, at *4 (E.D. Mich. Jan. 11, 2018); *Fischer v. Forrest*, No. 14 Civ. 01304 (PAE) (AJP), 2017 WL 773694 (S.D.N.Y. Feb. 28, 2017) ("[A]ny discovery response that does not comply with Rule 34's requirement to state objections with specificity (and to clearly indicate whether responsive material is being withheld on the basis of objection) will be deemed a waiver of all objections (except as to privilege).").

**Case Management Conference.**  A case management conference is scheduled for <u>Tuesday, December 13, 2022</u> in Courtroom 17D, United States Courthouse, 500 Pearl Street, New York, New York.

**Settlement Conference.**  In the event the parties would like to schedule a settlement conference with me, they may file a joint letter on ECF requesting a settlement conference.

SO ORDERED.

DATED:    New York, New York
          October 25, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge