```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GMO GAMECENTER USA, INC. and GMO
INTERNET, INC.,

                               Plaintiffs,                             **22-CV-5974 (JPC) (KHP)**

                  -against-                                         **ORDER SCHEDULING SETTLEMENT**
                                                                               **CONFERENCE**
WHINSTONE US, CORPORATION,

                               Defendant.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        A settlement conference in this matter is scheduled for **Tuesday, February 28, 2023 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. The parties' *ex parte* pre-mediation statements may be up to five pages in length. Pre-conference submissions must be received by the Court no later than **February 21, 2023 by 5:00 p.m.**

        SO ORDERED.

DATED:      New York, New York
                   December 13, 2022

                                                           _/s/ Katharine H. Parker_
                                                           KATHARINE H. PARKER
                                                           United States Magistrate Judge