# HAYNES BOONE

February 20, 2023

<u>Via ECF</u>

The Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

*Re:   **GMO Gamecenter USA Inc. and GMO Internet Group, Inc. v. Whinstone US, Corporation**, No. 1:22-cv-5974 (S.D.N.Y.)*

Dear Judge Parker:

    Pursuant to Your Honor's Individual Practices in Civil Cases Rule V(f), Plaintiffs GMO Gamecenter USA, Inc. and GMO Internet Group, Inc. (collectively, "GMO") write to request the Court's approval for certain of GMO's representatives to attend the February 28, 2023 settlement conference by phone.  Specifically, GMO would like approval for the following three GMO representatives to attend by phone:

- Tadashi Ito – Director and Executive Vice President of GMO Internet Group, Inc.

- Yuki Kawasaki (Attorney at Law) – Group Executive Officer of GMO Internet Group, Inc.

- Miki Yato – Group Legal Department Leader of GMO Internet Group, Inc.

    Personal attendance for these individuals is a hardship, since each resides in Japan and reports to GMO's offices in Tokyo.  Notwithstanding the difficulty of attending the settlement conference in person, GMO believes the attendance of these representatives by phone will further the parties' settlement efforts.

    Moreover, the following GMO representatives will be attending the settlement conference in person, despite that they too reside in Japan:

- Hirofumi Yamashita – Executive Vice President of GMO Internet Group, Inc. and Director of GMO Gamecenter USA, Inc.

- Satoshi Makita – General Manager of GMO Internet Group, Inc.

- Hideyuki Matsui – CFO and Director of GMO Gamecenter USA, Inc.; General Manager of GMO Internet Group, Inc.

# HAYNES BOONE



Given the hardship of having more than the above three GMO representatives attend in person, and the expected benefits of having three additional GMO representatives attend by phone, GMO respectfully requests the Court's approval for the requested representatives to attend by phone.

We greatly appreciate the Court's consideration of the above.

*/s/ Leslie C. Thorne*

Leslie C. Thorne
Haynes and Boone, LLP
Leslie.thorne@haynesboone.com
Direct Phone Number:  212.835.4848