

ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

February 20, 2023

**Via ECF**
The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312
Email: Parker_NYSDChambers@nysd.uscourts.gov

   Re: *GMO Gamecenter USA, Inc., et al. v. Whinstone US, Inc.*,
      Case No. 1:22-cv-05974-JPC-KHP

Dear Judge Parker:

  We represent Defendant Whinstone US, Inc. in the above-referenced matter. We write jointly with counsel for Plaintiffs GMO Gamecenter USA, Inc. and GMO Internet Group, Inc. to request that the page limit for the parties' settlement letters in connection with the February 28, 2023 settlement conference scheduled in this matter, be enlarged from five (5) pages, as set forth in the Court's December 13, 2022 Order (Dkt. No. 39), to eight (8) pages.

  No prior request has been made for the relief sought herein. We thank the Court for its consideration.

                Respectfully submitted,

                */s/Robert A. Scher*

                Robert A. Scher
                *Counsel for Whinstone US, Inc.*

cc: All Counsel of Record