# HAYNES BOONE

February 24, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/27/2023

<u>Via ECF</u>

The Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
02/27/2023

Re:   *GMO Gamecenter USA Inc. and GMO Internet Group, Inc. v. Whinstone US, Corporation*, No. 1:22-cv-5974 (S.D.N.Y.)

Dear Judge Parker:

<u>Pursuant to Your Honor's Individual Practices in Civil Cases Rule V(f), Plaintiffs GMO Gamecenter USA, Inc. and GMO Internet Group, Inc. (collectively, "GMO") write to request the Court's approval for an additional GMO representative to attend the February 28, 2023, settlement conference by phone.  Specifically, GMO would like approval for the following GMO representative to attend by phone:</u>

- <u>Christopher Mayne, In-House Counsel for GMO Payment Gateway, Inc.</u>

Personal attendance for this individual is a hardship, since he resides in Japan and reports to GMO's offices in Tokyo.  Notwithstanding the difficulty of attending the settlement conference in person, GMO believes the attendance of this representative by phone will further the parties' settlement efforts.

Given the hardship of having the above GMO representative attend in person, and the expected benefits of having an additional GMO representative attend by phone, GMO respectfully requests the Court's approval for the requested representative to attend by phone.

We greatly appreciate the Court's consideration of the above.


*/s/ Leslie C. Thorne*

Leslie C. Thorne
Haynes and Boone, LLP
Leslie.thorne@haynesboone.com
Direct Phone Number:  212.835.4848

---

**Haynes and Boone, LLP**  |  30 Rockefeller Plaza | 26th Floor | New York, NY 10112
T: 212.659.7300 | haynesboone.com