```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/01/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GMO GAMECENTER USA, INC. and GMO
INTERNET, INC.,

                              Plaintiffs,

      -against-

WHINSTONE US, CORPORATION,

                              Defendant.
-----------------------------------------------------------------X

**22-CV-5974 (JPC) (KHP)**

**ORDER SCHEDULING CASE**
**MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A Case Management conference in this matter is hereby scheduled for **Thursday, April 20, 2023 at 11:35 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

        SO ORDERED.

DATED:      New York, New York
               March 1, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge