**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

GMO GAMECENTER USA, INC. and GMO
INTERNET GROUP, INC.,

                              *Plaintiffs,*

          - against -

WHINSTONE US, INC.,

                              *Defendant.*

------------------------------------------------------------------

WHINSTONE US, INC.,

                         *Counterclaim Plaintiff,*

          - against -

GMO GAMECENTER USA, INC. and GMO
INTERNET GROUP, INC.,

                         *Counterclaim Defendants.*

------------------------------------------------------------------ x

Case No: 1:22-cv-05974-JPC-KHP

**NOTICE OF APPEARANCE OF COUNSEL**

      PLEASE TAKE NOTICE that Defendant/Counterclaim Plaintiff Whinstone US, Inc. appears in the case captioned above by its counsel, Elliot Greenfield of Debevoise & Plimpton LLP.  The undersigned respectfully requests notice of electronic filing of all papers in this action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the address given below.

Dated:      April 19, 2023
              New York, New York

                                   By: */s/ Elliot Greenfield*
                                   Elliot Greenfield
                                   DEBEVOISE & PLIMPTON LLP

2

66 Hudson Boulevard
New York, New York, 10001
Tel: (212) 909-6000
*egreenfield@debevoise.com*

*Attorney for Defendant/Counterclaim Plaintiff*
*Whinstone US, Inc.*