UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
:
GMO GAMECENTER USA, INC. and GMO :
INTERNET GROUP, INC., :
:
*Plaintiffs*, :
- against - :
:
WHINSTONE US, INC., : Case No: 1:22-cv-05974-JPC-KHP
*Defendant*. :
------------------------------------------------------------------ : **NOTICE OF APPEARANCE**
: **OF COUNSEL**
WHINSTONE US, INC., :
:
*Counterclaim Plaintiff*, :
:
- against - :
:
GMO GAMECENTER USA, INC. and GMO :
INTERNET GROUP, INC., :
:
*Counterclaim Defendants.* :
------------------------------------------------------------------ x

PLEASE TAKE NOTICE that Defendant/Counterclaim Plaintiff Whinstone US, Inc. appears in the case captioned above by its counsel, Brandon Fetzer of Debevoise & Plimpton LLP. The undersigned respectfully requests notice of electronic filing of all papers in this action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the address given below.

Dated:   April 19, 2023
         New York, New York

By: */s/ Brandon Fetzer*
Brandon Fetzer
DEBEVOISE & PLIMPTON LLP

2

66 Hudson Boulevard
New York, New York, 10001
Tel: (212) 909-6000
*bfetzer@debevoise.com*

*Attorney for Defendant/Counterclaim Plaintiff Whinstone US, Inc.*