UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GMO GAMECENTER USA, INC. and GMO INTERNET, INC.,<br><br>      *Plaintiffs*,<br><br>- against -<br><br>WHINSTONE US, INC.,<br><br>      *Defendant*.<br><br>WHINSTONE US, INC.,<br><br>      *Counterclaim Plaintiff*,<br><br>- against -<br><br>GMO GAMECENTER USA, INC. and GMO INTERNET, INC.,<br><br>      *Counterclaim Defendants*. | Case No. 1:22-cv-5974-JPC-KHP<br><br>**[PROPOSED] ORDER OF WITHDRAWAL OF BENJAMIN I. BASSOFF** |

Upon consideration of the request to withdraw by attorney Benjamin I. Bassoff, this Court orders that Mr. Bassoff be withdrawn from this case, and further orders that Mr. Bassoff be removed from the Court's electronic service list.

            SO ORDERED.

Dated: _____

            _____
            Hon. John P. Cronan
            United States District Judge