

ATTORNEYS AT LAW

90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
212.338.3405
rscher@foley.com

CLIENT/MATTER NUMBER
131145-0105

April 20, 2023

<u>Via ECF</u>
Hon. John P. Cronan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *GMO Gamecenter USA, Inc. et al v. Whinstone US, Inc.*, Case No. 1:22-cv-05974-JPC-KHP

Dear Judge Cronan:

    I am an attorney with the law firm Foley & Lardner LLP and have appeared as counsel for Defendant Whinstone US, Inc. in the above-referenced proceeding.

    I write to request that the Court approve my withdrawal as counsel of record. Moving forward, Whinstone US, Inc. will be represented by substitute counsel from the firm Debevoise & Plimpton LLP. Furthermore, my withdrawal will not cause or result in any delay or prejudice. I am not asserting a retaining or charging lien.

    Attached please find a Proposed Order granting my withdrawal as counsel of record for Your Honor's consideration.

                              Respectfully submitted,

                              */s/ Robert A. Scher*

                              Robert A. Scher

cc:    All counsel of record (via ECF)

| | | | | |
|---|---|---|---|---|
| AUSTIN | DETROIT | MEXICO CITY | SACRAMENTO | TALLAHASSEE |
| BOSTON | HOUSTON | MIAMI | SALT LAKE CITY | TAMPA |
| CHICAGO | JACKSONVILLE | MILWAUKEE | SAN DIEGO | WASHINGTON, D.C. |
| DALLAS | LOS ANGELES | NEW YORK | SAN FRANCISCO | BRUSSELS |
| DENVER | MADISON | ORLANDO | SILICON VALLEY | TOKYO |