UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GMO GAMECENTER USA, INC. and GMO
INTERNET, INC.,

                                  *Plaintiffs*,

                - against -

WHINSTONE US, INC.,

                                  *Defendant.*

WHINSTONE US, INC.,

                                  *Counterclaim Plaintiff*,

                - against -

GMO GAMECENTER USA, INC. and GMO
INTERNET, INC.,

                                  *Counterclaim Defendants.*

Case No. 1:22-cv-5974-JPC-KHP

**[PROPOSED] ORDER OF
WITHDRAWAL OF
ROBERT A. SCHER**

Upon consideration of the request to withdraw by attorney Robert A. Scher, this Court orders that

Mr. Scher be withdrawn from this case, and further orders that Mr. Scher be removed from the

Court's electronic service list.

                        SO ORDERED.

Dated: _____

                        _____
                        Hon. John P. Cronan
                        United States District Judge