

**FOLEY & LARDNER LLP**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2023
```

CLIENT/MATTER NUMBER
131145-0105

April 20, 2023

**Via ECF**
Hon. John P. Cronan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Defendant, withdrawing counsel, and substituting counsel shall complete the "Substitution of Attorney" form available on the Court's website at https://www.uscourts.gov/forms/attorney-forms/substitution-attorney.
>
> SO ORDERED:
> /s/ Katharine H. Parker
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE    4/25/2023

Re:   *GMO Gamecenter USA, Inc. et al v. Whinstone US, Inc.*, Case No. 1:22-cv-05974-JPC-KHP

Dear Judge Cronan:

      I am an attorney with the law firm Foley & Lardner LLP and have appeared as counsel for Defendant Whinstone US, Inc. in the above-referenced proceeding.

      I write to request that the Court approve my withdrawal as counsel of record. Moving forward, Whinstone US, Inc. will be represented by substitute counsel from the firm Debevoise & Plimpton LLP. Furthermore, my withdrawal will not cause or result in any delay or prejudice. I am not asserting a retaining or charging lien.

      Attached please find a Proposed Order granting my withdrawal as counsel of record for Your Honor's consideration.

Respectfully submitted,

*/s/ Benjamin I. Bassoff*

Benjamin I. Bassoff

cc:   All counsel of record (via ECF)

| | | | | |
|---|---|---|---|---|
| AUSTIN | DETROIT | MEXICO CITY | SACRAMENTO | TALLAHASSEE |
| BOSTON | HOUSTON | MIAMI | SALT LAKE CITY | TAMPA |
| CHICAGO | JACKSONVILLE | MILWAUKEE | SAN DIEGO | WASHINGTON, D.C. |
| DALLAS | LOS ANGELES | NEW YORK | SAN FRANCISCO | BRUSSELS |
| DENVER | MADISON | ORLANDO | SILICON VALLEY | TOKYO |





ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
212.338.3405
rscher@foley.com

CLIENT/MATTER NUMBER
131145-0105

April 20, 2023

<u>Via ECF</u>
Hon. John P. Cronan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: *GMO Gamecenter USA, Inc. et al v. Whinstone US, Inc.*, Case No. 1:22-cv-05974-JPC-KHP

Dear Judge Cronan:

  I am an attorney with the law firm Foley & Lardner LLP and have appeared as counsel for Defendant Whinstone US, Inc. in the above-referenced proceeding.

  I write to request that the Court approve my withdrawal as counsel of record. Moving forward, Whinstone US, Inc. will be represented by substitute counsel from the firm Debevoise & Plimpton LLP. Furthermore, my withdrawal will not cause or result in any delay or prejudice. I am not asserting a retaining or charging lien.

  Attached please find a Proposed Order granting my withdrawal as counsel of record for Your Honor's consideration.

        Respectfully submitted,

        */s/ Robert A. Scher*

        Robert A. Scher

cc: All counsel of record (via ECF)