USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/12/2023__

May 10, 2023

*BY ECF*

The Hon. Judge Katharine H. Parker
United States Magistrate Judge
District Court for the Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

> **Re:**   ***GMO Gamecenter USA, Inc. et al v. Whinstone US, Inc.*,**
> **Case No. 1:22-cv-05974**

Dear Judge Parker:

Pursuant to Your Honor's Individual Rule of Practice I.c, the parties (the "Parties") in the above-captioned action hereby submit this joint letter motion for an amended scheduling order.  This is the first request for an adjournment or extension, and both Parties consent to this request.

The current Scheduling Order was entered on October 25, 2022 (*see* ECF No. 33) and includes the following deadlines:

| Event | Current Deadline |
|---|---|
| Initial Interrogatories and RFPs | November 14, 2022 |
| R&Os to Initial Rogs and RFPs | December 14, 2022 |
| Deadline to serve RFAs | June 23, 2023 |
| End of fact depositions | June 23, 2023 |
| Close of Fact Discovery | July 25, 2023 |
| Close of Expert Discovery | September 25, 2023 |

As the Parties discussed with Your Honor at the conference on April 20, 2023, the Parties have met and conferred and determined that additional time is necessary to complete fact and expert discovery.  In order to provide the Parties additional time to complete fact and expert discovery, the Parties respectfully request that the Scheduling Order be amended as follows:

| Event | Proposed Amended Deadline |
|---|---|
| Initial Interrogatories and RFPs | Complete |
| R&Os to Initial Rogs and RFPs | Complete |
| Deadline to serve RFAs | September 29, 2023 |
| End of fact depositions | September 29, 2023 |
| Close of Fact Discovery | October 27, 2023 |
| Initial Expert Reports | December 1, 2023 |
| Rebuttal Expert Reports | January 17, 2024 |
| Close of Expert Discovery | February 16, 2024 |

Respectfully submitted,

**DEBEVOISE & PLIMPTON LLP**

By: *s/ Elliot Greenfield*
    Elliot Greenfield
    Egreenfield@debevoise.com
    66 Hudson Boulevard
    New York, NY 10001
    Tel: 212.909.6000

*Attorneys for Defendant*
*and Counterclaim-Plaintiff*

**HAYNES AND BOONE, LLP**

By: *s/ Leslie C. Thorne*
    Leslie C. Thorne
    Leslie.Thorne@haynesboone.com
    30 Rockefeller Plaza, 26th Floor
    New York, New York 10112
    Tel: 212.659.7300

*Attorneys for Plaintiffs and*
*Counterclaim- Defendants*

The Court GRANTS the parties' proposed extensions to the discovery deadlines. The parties shall file joint status letters updating the Court on the status of discovery on **Monday, June 12, 2023** and **Monday, July 17, 2023**. A Case Management Conference is scheduled on **Tuesday, August 22, 2023 at 3:00 p.m.** in Courtroom 17D, U.S. Courthouse, New York NY.
Additionally, the Court notes that Defendant, its withdrawing counsel, and its substituting counsel have not yet filed the necessary "Substitution of Attorney" forms that are required for the substitution of counsel. Those forms shall be filed for the Court's approval by **Wednesday, May 17, 2023**. The form is available on the Court's website at https://www.uscourts.gov/forms/attorney-forms/substitution-attorney.

**SO ORDERED:**

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE   5/12/2023

2