AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

| | |
|---|---|
| GMO Gamecenter USA, Inc., et al.<br>Plaintiff(s),<br>V.<br>Whinstone US, Inc.<br>Defendant(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 1:22-cv-05974-JPC-KHP |

Notice is hereby given that, subject to approval by the court, __Whinstone US, Inc.__ substitutes
(Party (s) Name)

__Maeve O'Connor__, State Bar No. __3008109__ as counsel of record in
(Name of New Attorney)

place of __Robert Allen Scher and Ben Bassoff, Foley & Lardner LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Debevoise & Plimpton LLP
Address: 66 Hudson Boulevard, New York, NY 10001
Telephone: (212) 909-6000       Facsimile (212) 909-6836
E-Mail (Optional): mloconnor@debevoise.com

I consent to the above substitution.
Date: 5/15/2023

*Alex Travis [signature]*
*for Whinstone US, Inc.*
(Signature of Party (s))

I consent to being substituted.
Date: 5/2/2023

*Ben Bassoff   Robert Scher [signatures]*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/11/23

*[signature]*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                                                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Print | Save As... | Export as FDF | Retrieve FDF File | Reset