AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern         District of         New York

GMO Gamecenter USA, Inc., et al.
                Plaintiff(s),
    V.
Whinstone US, Inc.
                Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:22-cv-05974-JPC-KHP

Notice is hereby given that, subject to approval by the court, Whinstone US, Inc. substitutes
(Party (s) Name)

Elliot Greenfield , State Bar No. 4396479 as counsel of record in
(Name of New Attorney)

place of Robert Allen Scher and Ben Bassoff, Foley & Lardner LLP .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:          Debevoise & Plimpton LLP
Address:            66 Hudson Boulevard, New York, NY 10001
Telephone:          (212) 909-6000          Facsimile  (212) 909-6836
E-Mail (Optional):  egreenfield@debevoise.com

I consent to the above substitution.
Date: 5/15/2023

_____, Whinstone US, Inc.
(Signature of Party (s))

I consent to being substituted.
Date: 5/2/2023

Ben Bassoff     Robert Scher
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/2/23

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____          _____
                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Print | Save As... | Export as FDF | Retrieve FDF File | Reset