AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

GMO Gamecenter USA, Inc., et al.
    Plaintiff(s),

V.

Whinstone US, Inc.
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __1:22-cv-05974-JPC-KHP__

Notice is hereby given that, subject to approval by the court, __Whinstone US, Inc.__ substitutes
(Party (s) Name)

__Brandon Fetzer__, State Bar No. __5517305__ as counsel of record in
(Name of New Attorney)

place of __Robert Allen Scher and Ben Bassoff, Foley & Lardner LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Debevoise & Plimpton LLP
    Address: 66 Hudson Boulevard, New York, NY 10001
    Telephone: (212) 909-6000     Facsimile (212) 909-6836
    E-Mail (Optional): bfetzer@debevoise.com

I consent to the above substitution.
Date: 5/15/2023

_[Signature]_, Whinstone US, Inc.
(Signature of Party (s))

I consent to being substituted.
Date: 5/2/2023

Ben Bassoff     Robert Scher
_[Signatures]_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/2/2023

_[Signature]_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Print    Save As...    Export as FDF    Retrieve FDF File    Reset