```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/2023
```

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern                  District of                  New York

| | |
|---|---|
| GMO Gamecenter USA, Inc., et al.<br>Plaintiff (s),<br>V.<br>Whinstone US, Inc.<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 1:22-cv-05974-JPC-KHP |

Notice is hereby given that, subject to approval by the court, __Whinstone US, Inc.__ substitutes
                                                                       (Party (s) Name)

__Maeve O' Connor_____, State Bar No. __3008109__ as counsel of record in
     (Name of New Attorney)

place of __Robert Allen Scher and Ben Bassoff, Foley & Lardner LLP_____ .
              (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name:        Debevoise & Plimpton LLP
   Address:          66 Hudson Boulevard, New York, NY 10001
   Telephone:        (212) 909-6000              Facsimile  (212) 909-6836
   E-Mail (Optional): mloconnor@debevoise.com

I consent to the above substitution.
Date: 5/15/2023                              _Alex Travis_
                                             for Whinstone US, Inc.
                                                (Signature of Party (s))

I consent to being substituted.
Date: 5/2/2023                               _Ben Bassoff     Robert Scher_
                                                (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/11/23
                                                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May 16, 2023                           _Katharine H. Parker_
                                             KATHARINE H. PARKER
                                             United States Magistrate Judge
                                                      Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]