AO 154 (10/03) Substitution of Attorney

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/16/2023
```

# UNITED STATES DISTRICT COURT

**Southern** District of **New York**

GMO Gamecenter USA, Inc., et al.
                    Plaintiff(s),
        V.
Whinstone US, Inc.
                    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:22-cv-05974-JPC-KHP

Notice is hereby given that, subject to approval by the court, **Whinstone US, Inc.** substitutes
(Party (s) Name)

**Elliot Greenfield**, State Bar No. **4396479** as counsel of record in
(Name of New Attorney)

place of **Robert Allen Scher and Ben Bassoff, Foley & Lardner LLP**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name:    Debevoise & Plimpton LLP
   Address:      66 Hudson Boulevard, New York, NY 10001
   Telephone:    (212) 909-6000           Facsimile  (212) 909-6836
   E-Mail (Optional): egreenfield@debevoise.com

I consent to the above substitution.
Date:  5/15/2023
                                            _____, Whinstone US, Inc.
                                                  (Signature of Party (s))

I consent to being substituted.
Date:  5/2/2023
                                            Ben Bassoff    Robert Scher
                                                  (Signature of Former Attorney (s))

I consent to the above substitution.
Date:  5/2/23
                                                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  May 16, 2023
                                            KATHARINE H. PARKER
                                            United States Magistrate Judge
                                                       Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]