```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/2023
```

◆AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

| | |
|---|---|
| GMO Gamecenter USA, Inc., et al.<br>　　　　　　　　Plaintiff (s),<br>V.<br>Whinstone US, Inc.<br>　　　　　　　　Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 1:22-cv-05974-JPC-KHP |

Notice is hereby given that, subject to approval by the court, __Whinstone US, Inc.__ substitutes
(Party (s) Name)

__Brandon Fetzer__, State Bar No. __5517305__ as counsel of record in
(Name of New Attorney)

place of __Robert Allen Scher and Ben Bassoff, Foley & Lardner LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　Firm Name:　　　Debevoise & Plimpton LLP
　Address:　　　　66 Hudson Boulevard, New York, NY 10001
　Telephone:　　　(212) 909-6000　　　　　　Facsimile (212) 909-6836
　E-Mail (Optional): bfetzer@debevoise.com

I consent to the above substitution.
Date: 5/15/2023
　　　　　　　　　　　　　　　　　　　　　　_[signature]_, Whinstone US, Inc.
　　　　　　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date: 5/2/2023
　　　　　　　　　　　　　　　　　　　Ben Bassoff　　　Robert Scher
　　　　　　　　　　　　　　　　　　　_[signatures]_
　　　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/2/2023
　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May 16, 2023
　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　KATHARINE H. PARKER
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]