

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

June 12, 2023

**By ECF**

The Hon. Katherine H. Parker
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St., Rm. 750
New York, NY 10007

Re: *GMO Internet Group, Inc. et al. v. Whinstone US, Inc.*, No. 1:22-cv-05974-JPC-KHP (S.D.N.Y.)

Dear Judge Parker:

Pursuant to the Court's May 12, 2023 Order, ECF No. 60, we write to provide an update on the status of discovery in the above-captioned case.

Plaintiffs/Counterclaim Defendants GMO Internet Group, Inc. and GMO Gamecenter USA, Inc. (hereinafter "GMO") served additional requests for the production of documents on April 28, 2023. Defendant/Counterclaim Plaintiff Whinstone US, Inc. ("Whinstone") similarly served additional requests for the production of documents, as well as its first set of interrogatories, on May 1, 2023. Both parties served responses and objections to those requests, and the parties will meet and confer regarding the scope of their productions of documents and in an effort to resolve any disagreements concerning the parties' objections.

With respect to document productions, the parties have held multiple conferences and are continuing to negotiate with respect to the appropriate custodians and search terms. The parties have agreed to run and exchange hit reports in furtherance of reaching an agreement concerning search terms, including Japanese search terms. The parties are also in the process of negotiating a protocol for the collection, review, and production of electronically-stored information ("ESI") and will file a joint stipulation detailing that protocol with the Court for its approval once the parties have reached a final agreement. Once the parties have reached agreement on those open issues, they expect to make rolling productions of documents pursuant to the previously-served responses and objections.

The Hon. Katherine H. Parker                  2                  June 12, 2023

Respectfully submitted,

| **HAYNES AND BOONE, LLP** | **DEBEVOISE & PLIMPTON LLP** |
|---|---|
| */s/ Leslie C. Thorne* | /s/ *Elliot Greenfield* |
| Leslie C. Thonre | Elliot Greenfield |
| Leslie.Thorne@haynesboone.com | Egreenfield@debevoise.com |
| 30 Rockefeller Plaza, 26th Floor | 66 Hudson Boulevard |
| New York, NY 10112 | New York, NY 11101 |
| Tel: 212.659.7300 | Tel: 212.909.6000 |
| *Counsel for Plaintiff/Counterclaim Defendants GMO Internet Group, Inc. and GMO Gamecenter USA, Inc.* | *Counsel for Defendant/Counterclaim Plaintiff Whinstone US, Inc.* |