# HAYNES BOONE

July 17, 2023

**Via ECF**

The Hon. Judge Katharine H. Parker
United States Magistrate Judge
District Court for the Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

*Re:* ***GMO Gamecenter USA Inc. and GMO Internet, Inc. v. Whinstone US, Corporation***, No. 1:22-cv-5974 (S.D.N.Y.)

Dear Judge Parker:

Pursuant to the Court's May 12, 2023 Order, ECF No. 60, we write to provide an update on the status of discovery in the above-captioned case.

As noted in the June 12, 2023 status letter submitted to the Court, Plaintiffs/Counterclaim Defendants GMO Internet Group, Inc. and GMO Gamecenter USA, Inc. (hereinafter "GMO") served additional requests for the production of documents on April 28, 2023. Defendant/Counterclaim Plaintiff Whinstone US, Inc. ("Whinstone") similarly served additional requests for the production of documents, as well as its first set of interrogatories, on May 1, 2023. The parties have met and conferred regarding their objections and responses to these requests, and are continuing to meet and confer concerning the scope of their productions of documents and in an effort to resolve any disagreements concerning the parties' objections.

The parties have held additional conferences concerning document productions and are continuing to negotiate with respect to the appropriate custodians and search terms. The parties have substantially completed the collection of documents and, once collections are complete, the parties will run and exchange hit reports in furtherance of reaching an agreement concerning search terms, including Japanese search terms. The parties are also finalizing a protocol for the collection, review, and production of electronically stored information ("ESI") and will file a joint stipulation detailing that protocol with the Court for its approval. Once the parties have reached agreement on those open issues, they expect to make rolling productions of documents pursuant to the previously-served responses and objections.

# HAYNES BOONE

Respectfully submitted,

| **DEBEVOISE & PLIMPTON LLP** | **HAYNES AND BOONE, LLP** |
|---|---|
| By: */s/ Elliot Greenfield* | By: */s/ Leslie C. Thorne* |
| Elliot Greenfield | Leslie C. Thorne |
| Egreenfield@debevoise.com | Leslie.Thorne@haynesboone.com |
| 66 Hudson Boulevard | 30 Rockefeller Plaza, 26th Floor |
| New York, NY 10001 | New York, New York 10112 |
| Tel: 212.909.6000 | Tel: 212.659.7300 |
| *Attorneys for Defendant and Counterclaim-Plaintiff* | *Attorneys for Plaintiffs and Counterclaim- Defendants* |