UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GMO GAMECENTER USA, INC. and GMO INTERNET GROUP, INC., <br><br> *Plaintiffs*, <br><br> - against - <br><br> WHINSTONE US, INC., <br><br> *Defendant.* <br><br> WHINSTONE US, INC., <br><br> *Counterclaim Plaintiff*, <br><br> - against - <br><br> GMO GAMECENTER USA, INC. and GMO INTERNET GROUP, INC., <br><br> *Counterclaim Defendant*. | Civil Action No. 1:22-cv-05974-JPC <br><br> **MOTION FOR ADMISSION PRO HACE VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jason Neal Jordan, hereby move this Court for an order for admission to practice pro hac vice to appear as counsel for Plaintiffs/Counterclaim-Defendants GMO Gamecenter USA, Inc. & GMO Internet Group, Inc. (collectively, "GMO") in the above-captioned action.

I am a member in good standing of the bar of the State of Texas. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, disbarred, or denied admission or readmission by any court. I have attached my affidavit pursuant to Local Rule 1.3.

Dated: July 31, 2023 		Respectfully submitted,

		*Jason N. Jordan*
		_____
		Jason Neal Jordan
		jason.jordan@haynesboone.com
		HAYNES AND BOONE, LLP
		2323 Victory Avenue Suite 700
		Dallas, TX 75219
		Telephone: (214) 651-5434
		Facsimile: (214) 200-0597