UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GMO GAMECENTER USA, INC. and GMO INTERNET GROUP, INC., <br><br> *Plaintiffs*, <br><br> - against - <br><br> WHINSTONE US, INC., <br><br> *Defendant.* | Civil Action No. 1:22-cv-05974-JPC |
| WHINSTONE US, INC., <br><br> *Counterclaim Plaintiff*, <br><br> - against - <br><br> GMO GAMECENTER USA, INC. and GMO INTERNET GROUP, INC., <br><br> *Counterclaim Defendant.* | **AFFIDAVIT OF JASON NEAL JORDAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

STATE OF TEXAS            )
                          )
COUNTY OF DALLAS          )

I, Jason Neal Jordan, having been duly sworn, do depose and say:

1. I am an attorney duly admitted to practice law in the States of Texas.

2. I am a partner of the law firm Haynes and Boone, LLP, in Dallas, Texas, which is located at 2323 Victory Avenue, Suite 700, Dallas, TX 75219.

3. This affidavit is submitted in support of the request by Plaintiffs/Counterclaim-Defendants GMO Gamecenter USA, Inc. & GMO Internet Group, Inc. (collectively, "GMO") for my admission pro hac vice to serve as its co-counsel in the above-captioned action.

4. I graduated from Texas Tech University School of Law in May 2011 and was admitted to practice law in the State of Texas on November 4, 2011.

5.  I am, and have been, a member in good standing of the State Bar of Texas since my admission in 2011. Attached hereto as Exhibit A is true and correct copy of my Certificate of Good Standing from the State Bar of Texas.

6.  I have never been censured, disciplined, suspended, or disbarred from the practice of law or denied admission or readmission before any court. No charges or complaints concerning my fitness to practice law are pending. I have never been convicted of a felony.

7.  I seek admission to this Court for the sole purpose of representing GMO alongside Leslie C. Thorne, Michael Freyberg, and Alexandra Larkin, each of whom are with the law firm of Haynes and Boone LLP, located at 30 Rockefeller Plaza, 26th floor, New York, NY 10112.

8.  I am familiar with and shall comply with the standards of professional conduct imposed upon members of the New York State Bar, including the Rules of the Courts governing the conduct of attorneys.

WHEREFORE, I respectfully request that the Court grant my admission pro hac vice to practice before the Court for the purpose of representing Plaintiffs/Counterclaim-Defendants GMO Gamecenter USA, Inc. & GMO Internet Group, Inc. in the above-captioned action and grant such other and further relief as the Court may deem just and proper.

Dated: July 31, 2023

Respectfully submitted,

_____
Jason Neal Jordan
jason.jordan@haynesboone.com

Sworn to me before this 31st
day of July 2023

_____
Notary Public

ROBIN HART
Notary Public, State of Texas
Comm. Expires 01-08-2025
Notary ID 132857719