UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GMO GAMECENTER USA, INC. and GMO INTERNET GROUP, INC.,<br><br>   *Plaintiffs*,<br><br>- against -<br><br>WHINSTONE US, INC.,<br><br>   *Defendant.* | Civil Action No. 1:22-cv-05974-JPC |
| WHINSTONE US, INC.,<br><br>   *Counterclaim Plaintiff*,<br><br>- against -<br><br>GMO GAMECENTER USA, INC. and GMO INTERNET GROUP, INC.,<br><br>   *Counterclaim Defendant*. | **[PROPOSED] ORDER FOR PRO HAC VICE ADMISSION** |

The motion of Haynes and Boone, LLP for the admission of Jason Neal Jordan to practice pro hac vice in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the Bar of the State of Texas and that his contact information is as follows:

  Applicant's Name: Jason Neal Jordan
  Firm Name: Haynes and Boone, LLP
  Address: 2323 Victory Avenue, Suite 700
  City/State/Zip: Dallas, TX 75219-7672
  Phone Number: (214) 651-5434
  Fax Number: (214) 200-0597
  Email Address: jason.jordan@haynesboone.com

Applicant has requested admission pro hac vice to appear for all purposes as counsel for Plaintiffs/Counterclaim-Defendants GMO Gamecenter USA, Inc. & GMO Internet Group, Inc. (collectively, "GMO") in the above-captioned action.

**IT IS HEREBY ORDERED** that Jason Neal Jordan is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**IT IS FURTHER ORDERED** that a copy of this Order be sent to all counsel of record by GMO's counsel within \_\_\_\_ days from the date hereof.

Dated: _____

_____
KATHARINE H. PARKER
UNITED STATES DISTRICT JUDGE