UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GMO GAMECENTER USA, INC. and GMO INTERNET GROUP, INC., <br><br>   *Plaintiffs*, <br><br>- against - <br><br>WHINSTONE US, INC., <br><br>   *Defendant.* | Civil Action No. 1:22-cv-05974-JPC <br><br> **NOTICE OF APPEARANCE** |
| WHINSTONE US, INC., <br><br>   *Counterclaim Plaintiff*, <br><br>- against - <br><br>GMO GAMECENTER USA, INC. and GMO INTERNET GROUP, INC., <br><br>   *Counterclaim Defendant.* | |

**PLEASE TAKE NOTICE**, that Aishlinn Bottini, an attorney of HAYNES AND BOONE, LLP, hereby appears on behalf of the Plaintiffs/Counterclaim-Defendants GMO Gamecenter USA, Inc. & GMO Internet Group, Inc. (collectively, "GMO"), in the above-captioned action.

Dated: New York, New York
   July 31, 2023

                   Respectfully submitted,

                   /s/ Aishlinn Bottini
                   Aishlinn Bottini
                   aishlinn.bottini@haynesboone.com

                   HAYNES AND BOONE, LLP
                   30 Rockefeller Plaza, 26th Floor
                   New York, NY 10112
                   Telephone: (212) 659-4994

Facsimile: (212) 918-8989

**ATTORNEY FOR GMO GAMECENTER USA, INC. and GMO INTERNET GROUP, INC.**