UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GMO GAMECENTER USA, INC. and GMO INTERNET GROUP, INC.,<br><br>   *Plaintiffs*,<br><br>- against -<br><br>WHINSTONE US, INC.,<br><br>   *Defendant.*<br><br>WHINSTONE US, INC.,<br><br>   *Counterclaim Plaintiff*,<br><br>- against -<br><br>GMO GAMECENTER USA, INC. and GMO INTERNET GROUP, INC.,<br><br>   *Counterclaim Defendants*. | Civil Action No. 1:22-cv-05974-JPC |

**[PROPOSED] ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER TO PRESERVE EVIDENCE AND THE STATUS QUO**

  Upon the declarations of Leslie C. Thorne and Kenyon Hayward, and the accompanying Memorandum of Law in Support of Plaintiffs' and Counterclaim Defendants' GMO Gamecenter USA, Inc. and GMO Internet Group, Inc.'s ("GMO") Order to Show Cause for a Temporary Restraining Order to Preserve Evidence and the Status Quo, it is hereby:

  ORDERED, that Defendant and Counterclaim-Plaintiff Whinstone US, Inc. ("Whinstone") show cause before this Court, at Courtroom 12D, United States Courthouse, 500 Pearl Street, in the City, County, and State of New York, on _____ at _____ o'clock in the a.m/p.m thereof, or as soon thereafter as counsel may be heard, why an order should not be issued

under Rule 65 of the Federal Rules of Civil Procedure enjoining Whinstone from removing and powering down GMO's machines through October 27, 2023, or in the alternative, through October 1, 2023; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of GMO's application for a temporary restraining order and preliminary injunction, under Fed. R. Civ. P. 65, and it is further

[ORDERED that security in the amount of $_____ be posted by the GMO prior to _____, at _____ o'clock in the a.m/p.m, and it is further]

ORDERED that personal service of a copy of this order and annexed affidavits upon the defendant or its counsel on or before_____, _____ at o'clock in the a.m/p.m shall be deemed good and sufficient service thereof.

DATED: New York, New York

ISSUED: _____

_____
United States District Judge