# EXHIBIT 6

Whinstone US, Inc.
2721 Charles Martin Hall Rd
Rockdale, TX 76567
(833) 773-9773

# NOTICE OF TERMINATION

June 29, 2023

*<u>Via FedEx Priority and Email</u>*:
GMO Internet Group, Inc.
GMO Gamecenter USA, Inc.
Cerulean Tower, 26-1, Sakuragaoki-cho, Shibuya-ku
Tokyo, Japan 150-8512
*Attention: Satoshi Makita, Masaya Yanagi, Hidetoshi Kawagome, Hideyuki Matsui*

    *Re: Notice of Termination of the W Colocation Services Agreement (Texas), dated October 16, 2019, as amended (the "Texas Agreement")*

Dear Messrs. Makita, Yanagi, Kawagome and Matsui:

    I write in connection with the above-referenced Texas Agreement by and between (i) Whinstone US, Inc., a Delaware corporation, ("Whinstone") and (ii) GMO Gamecenter USA, Inc., a corporation organized under the laws of Japan, and its parent, GMO Internet Group, Inc. a corporation organized under the laws of Japan, (collectively, "GMO").  Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Texas Agreement.

    By letter dated June 13, 2022, Whinstone notified GMO that GMO had materially breached the Texas Agreement and provided GMO thirty (30) days to take curative action.  In particular, despite Whinstone's efforts, GMO "repeatedly and persistently failed to negotiate or otherwise discuss in good faith the terms of a revised hosting agreement" and "failed to use its allotted power capacity." (June 13 Letter at 3, 4.)  Whinstone advised GMO that if it did not cure these breaches, "Whinstone will take all steps necessary to protect and enforce its rights." (June 13 Letter at 6.)  It is well beyond the thirty-(30)-day cure period, and GMO has failed to remedy these material breaches.  Therefore, pursuant to Section 15.2, Whinstone hereby terminates the Texas Agreement, effective immediately as of the date of this Notice, June 29, 2023.

    We understand, pursuant to correspondence from its counsel dated May 30, 2023, that GMO has preserved all relevant evidence regarding its mining operations at the Texas Facility that it believes it needs for trial.  However, Whinstone will provide GMO with a thirty-(30)-day period, commencing as of the date of this Notice and expiring as of 18:00 U.S. Central Time on July 29, 2023, to preserve any other evidence that GMO believes may be at the Texas Facility which GMO believes would be relevant at trial, and is willing to coordinate with GMO and its counsel to facilitate a joint process for doing so.  Upon the expiration of such period, GMO must surrender the Licensed Area to Whinstone in good condition, (Texas Agreement Section 15.6) and, until the same occurs, GMO shall remain liable to Whinstone.  **<u>Accordingly, Whinstone hereby notifies GMO that Customer Equipment installed and/or stored at the Texas Facility must be removed by no later than 18:00 U.S. Central Time on July 29, 2023</u>**.

    Nothing in this letter shall be deemed a waiver of any rights, claims, remedies or defenses to which Whinstone may be entitled at law or in equity, all of which are expressly reserved.

    Sincerely,

Alexander K. Travis
General Counsel
Whinstone US, Inc.

cc: *Leslie Thorne, Haynes and Boone LLP*