# EXHIBIT 8

**Whinstone US, Inc.**
2721 Charles Martin Hall Rd
Rockdale, TX 76567
(833) 773-9773

**July 24, 2023**

<u>*Via FedEx Priority and Email*</u>:
GMO Internet Group, Inc.
GMO Gamecenter USA, Inc.
Cerulean Tower, 26-1, Sakuragaoki-cho, Shibuya-ku
Tokyo, Japan 150-8512
*Attention: Satoshi Makita, Masaya Yanagi, Hidetoshi Kawagome, Hideyuki Matsui*

> Re: Termination of the W Colocation Services Agreement (Texas), dated October 16, 2019, as amended (the "Texas Agreement")

Dear Messrs. Makita, Yanagi, Kawagome and Matsui:

I write in response to Haynes Boone's correspondence dated July 13, 2023, advising additional GMO members will be visiting the Texas Facility from July 20, 2023 through August 20, 2023 "to repair machines." Haynes Boone's correspondence made no mention of Whinstone's Notice of Termination, dated June 29, 2023 (attached for reference), which terminated the Texas Agreement with immediate effect and notified GMO that all Customer Equipment installed and/or stored at the Texas Facility must be removed by no later than 18:00 U.S. Central Time on July 29, 2023. More than three weeks later, GMO still has not responded to the Notice of Termination or, to the best of our knowledge, taken any steps to ensure that the Customer Equipment will be removed from the Texas Facility by July 29.

Whinstone has allowed GMO personnel continued access to the Texas Facility after termination solely to allow GMO to preserve any relevant evidence and to prepare for and begin removing its machines. Although GMO personnel have been onsite since June 29, they do not appear to be taking any steps to prepare for the removal of the Customer Equipment. To the extent that GMO personnel are onsite, they should be making arrangements to remove the Customer Equipment. Repairing or otherwise modifying GMO's machines post-termination raises concerns regarding the preservation of evidence.

If GMO does not remove the Customer Equipment by 18:00 U.S. Central Time on July 29, 2023, Whinstone will immediately begin removing the Customer Equipment.

In addition to the removal of the Customer Equipment, GMO should be taking whatever steps it believes are necessary to preserve any evidence that GMO believes may be relevant at trial. GMO previously confirmed that it has preserved all relevant evidence concerning its operations at the Texas Facility, but we remain willing to coordinate with GMO to facilitate a joint process for preserving any additional evidence that GMO believes may be relevant.

Nothing in this letter shall be deemed a waiver of any rights, claims, remedies or defenses to which Whinstone may be entitled at law or in equity, all of which are expressly reserved.

Sincerely,

Alexander K. Travis
General Counsel
Whinstone US, Inc.

*cc: Leslie Thorne, Haynes and Boone LLP*