# EXHIBIT 11

| From: | Fetzer, Brandon |
|---|---|
| To: | Freyberg, Michael; O"Connor, Maeve; Greenfield, Elliot; Tancil, Jillian |
| Cc: | Thorne, Leslie; Bottini, Aishlinn; Mitchell, Lori |
| Subject: | Re: GMO v. Whinstone |
| Date: | Thursday, July 27, 2023 12:52:06 PM |
| Attachments: | image001.jpg |

---

**EXTERNAL:** Sent from outside Haynes and Boone, LLP

---

Mike,

I'm writing in response to your call yesterday.   Whinstone is extremely disappointed that, with only three days remaining until the July 29 deadline, GMO now seeks to further delay deinstallation of its machines in order to have an expert visit the Texas Facility.  As you know, every day that deinstallation is delayed causes substantial financial harm to Whinstone. GMO's request is particularly unreasonable given that it stated nearly two months ago, in response to our May 24 letter, that it had preserved all relevant evidence regarding the location, functionality and condition of its machines and that it did not believe that sending an expert to the Texas Facility on its behalf was necessary.  GMO still has not specified what additional evidence, if any, it believes should be preserved for trial.

Accordingly, we do not see any basis to delay deinstallation for an additional 2 or 3 weeks merely to accommodate the schedule of GMO's expert.  Given the generous notice provided to GMO, there is no reason that an expert visit could not be scheduled far more promptly.

As a courtesy, Whinstone will not begin deinstallation until August 2, 2023.  That should provide more than enough time for GMO's expert to visit the Texas Facility.

I'm available to discuss today after 4pm ET.

Brandon

**Brandon Fetzer** | Associate | Debevoise & Plimpton LLP |bfetzer@debevoise.com | +1 212 909 6880| www.debevoise.com

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

On Jul 26, 2023, at 7:28 PM, Fetzer, Brandon <bfetzer@debevoise.com> wrote:

Hi Mike,

See attached.

Brandon

**Brandon Fetzer** | Associate | Debevoise & Plimpton LLP | bfetzer@debevoise.com | +1 212 909 6880 |
www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Freyberg, Michael [mailto:Michael.Freyberg@haynesboone.com]
**Sent:** Monday, July 24, 2023 23:36
**To:** O'Connor, Maeve; Greenfield, Elliot; Fetzer, Brandon; Sundararajan, Anagha; Maass, Molly Baltimore
**Cc:** Thorne, Leslie; Bottini, Aishlinn; Mitchell, Lori
**Subject:** GMO v. Whinstone

**\*EXTERNAL\***

Counsel,

Please see the attached correspondence.

<image001.jpg>

**Michael Freyberg**
He/Him/His
Associate
michael.freyberg@haynesboone.com

**Haynes and Boone, LLP**
675 15th Street
Suite 2200
Denver, CO 80202

(t) +1 303.382.6233

vCard | Bio | Website

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please

immediately notify the sender and delete it from your system.
<July 26, 2023 Letter to Haynes Boone.pdf>