```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
GMO GAMECENTER USA, INC. et al.,                                       :
                                                                       :
                                Plaintiffs,                            :
                                                                       :           22 Civ. 5974 (JPC) (KHP)
        -v-                                                            :
                                                                       :                   ORDER
WHINSTONE US, INC.,                                                    :
                                                                       :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties shall appear for a hearing on Plaintiffs' motion to preserve evidence and the status quo on August 3, 2023, at 3:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  Defendant shall file an opposition to Plaintiffs' motion by August 2, 2023, at 5:00 p.m.  Defendant shall refrain from disconnecting and/or disposing of Plaintiffs' machines at the Texas facility pending the Court's decision on Plaintiffs' motion.

SO ORDERED.

Dated: August 1, 2023                          _____
       New York, New York                              JOHN P. CRONAN
                                                    United States District Judge