UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GMO GAMECENTER USA, INC. and GMO INTERNET GROUP, INC.,

      *Plaintiffs*,

- against -

WHINSTONE US, INC.,

      *Defendant.*

---

WHINSTONE US, INC.,

      *Counterclaim Plaintiff*,

- against -

GMO GAMECENTER USA, INC. and GMO INTERNET GROUP, INC.,

      *Counterclaim Defendant.*

---

Civil Action No. 1:22-cv-05974-JPC

**ORDER FOR PRO HAC VICE ADMISSION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/01/2023

The motion of Haynes and Boone, LLP for the admission of Jason Neal Jordan to practice pro hac vice in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the Bar of the State of Texas and that his contact information is as follows:

    Applicant's Name: Jason Neal Jordan
    Firm Name: Haynes and Boone, LLP
    Address: 2323 Victory Avenue, Suite 700
    City/State/Zip: Dallas, TX 75219-7672
    Phone Number: (214) 651-5434
    Fax Number: (214) 200-0597
    Email Address: jason.jordan@haynesboone.com

Applicant has requested admission pro hac vice to appear for all purposes as counsel for Plaintiffs/Counterclaim-Defendants GMO Gamecenter USA, Inc. & GMO Internet Group, Inc. (collectively, "GMO") in the above-captioned action.

**IT IS HEREBY ORDERED** that Jason Neal Jordan is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 08/01/2023

_____
KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE