UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GMO GAMECENTER USA, INC. *et al.*,

               Plaintiffs,

         -v-

WHINSTONE US, INC.,

               Defendant.
------------------------------------------------------------------X

22 Civ. 5974 (JPC) (KHP)

ORDER

JOHN P. CRONAN, United States District Judge:

      The parties shall promptly meet and confer in good faith to attempt to agree on an appropriate length of time for Plaintiffs' machines in the Texas facility to remain powered-on to permit Plaintiffs' expert to complete an examination and documentation of their operations. By August 8, 2023, at 5:00 p.m., the parties shall file either a joint stipulation with an agreed proposed time period, or a joint status letter as to each party's proposal and its reasoning. To the extent a hearing on Plaintiff's motion remains necessary following the parties' efforts to meet and confer, the hearing scheduled for August 3, 2023, at 3:00 p.m. is adjourned to August 9, 2023, at 2:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. Defendant shall continue to refrain from disconnecting and/or disposing of Plaintiffs' machines at the Texas facility until further order of the Court.

      SO ORDERED.

Dated: August 2, 2023
       New York, New York

                                                  JOHN P. CRONAN
                                       United States District Judge