

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

August 4, 2023

**By ECF**
The Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

Re:  *GMO Internet Group, Inc. et al. v. Whinstone US, Inc.*, No. 1:22-cv-05974-JPC-KHP (S.D.N.Y.)

Dear Judge Cronan:

We represent Whinstone US, Inc. in the above-referenced matter and write to request that the August 9, 2023 hearing be held via telephonic or other remote means for all parties.  Elliot Greenfield and I, the partners responsible for this matter, will be out of the country from Monday, August 7 through Friday, August 18, 2023 due to planned travel and are therefore unable to appear in person.  Counsel for Plaintiffs/Counterclaim Defendants GMO Internet Group, Inc. and GMO Gamecenter USA, Inc. objects to this request and would only consent to a hybrid structure in which counsel for Whinstone appear remotely and counsel for GMO appear in person.

Respectfully submitted,

*/s/ Maeve O'Connor*

Maeve O'Connor