USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GMO GAMECENTER USA, INC. and GMO
INTERNET, INC.,

                        Plaintiffs,

      -against-

WHINSTONE US, CORPORATION,

                        Defendant.
-----------------------------------------------------------------X

**22-CV-5974 (JPC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    As discussed at the August 22, 2023 Case Management Conference:

    A Case Management Conference is scheduled on **October 4, 2023, at 12:00 p.m.** in Courtroom 17-D, U.S. Courthouse, 500 Pearl Street, New York, New York.  By that date, the parties shall have agreed upon an ESI protocol and served third-party subpoenas, and shall have met and conferred regarding Plaintiffs' proposed amended complaint.

    **SO ORDERED.**

DATED:    New York, New York
             August 23, 2023

                                                      _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge