USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
GMO GAMECENTER USA, INC. and GMO INTERNET, INC.,

                          Plaintiffs,

      -against-

WHINSTONE US, CORPORATION,

                          Defendant.
----------------------------------------------------------------X

**22-CV-5974 (JPC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the October 4, 2023 Case Management Conference:

A Case Management Conference is scheduled on **Thursday, November 16, 2023, at 4:00 p.m.** in Courtroom 17-D, U.S. Courthouse, 500 Pearl Street, New York, New York.

By **Thursday, November 9, 2023**, the parties shall file a joint agenda letter of no more than four pages that previews any disputes or other issues that the parties would like to discuss at the conference, including whether the parties have received any objections to the third-party subpoenas.

        **SO ORDERED.**

DATED:     New York, New York
                 October 4, 2023

                                                        _____
                                                          KATHARINE H. PARKER
                                                          United States Magistrate Judge