October 18, 2023

*BY* ECF

The Hon. Judge Katharine H. Parker
United States Magistrate Judge
District Court for the Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

  Re: *GMO Gamecenter USA, Inc. et al. v. Whinstone US, Inc.*, No. 1:22-cv-05974.

Dear Judge Parker:

Pursuant to Your Honor's Individual Practices in Civil Cases Rule I.c, the parties in the above-captioned action hereby submit this joint letter motion for an amended scheduling order. This is the second request for an adjournment or extension, and all parties consent to this request.

The current Scheduling Order was entered on May 12, 2023 (*see* ECF No. 60) and includes the following deadlines:

| Event | Proposed Amended Deadline |
|---|---|
| Initial Interrogatories and RFPs | Complete |
| R&Os to Initial Rogs and RFPs | Complete |
| Deadline to serve RFAs | September 29, 2023 |
| End of fact depositions | September 29, 2023 |
| Close of Fact Discovery | October 27, 2023 |
| Initial Expert Reports | December 1, 2023 |
| Rebuttal Expert Reports | January 17, 2024 |
| Close of Expert Discovery | February 16, 2024 |

As the parties discussed with Your Honor at the conferences on August 22, 2023 and October 4, 2023, the parties have met and conferred and determined that additional time is necessary to

complete fact and expert discovery. To provide sufficient additional time to complete fact and expert discovery, the parties respectfully request that the Scheduling Order be amended as follows:

| Event | Proposed Amended Deadline |
|---|---|
| Initial Interrogatories and RFPs | Complete |
| R&Os to Initial Rogs and RFPs | Complete |
| Deadline to serve RFAs | March 13, 2024 |
| End of fact depositions | April 10, 2024 |
| Close of Fact Discovery | April 10, 2024 |
| Initial Expert Reports | May 15, 2024 |
| Rebuttal Expert Reports | June 28, 2024 |
| Close of Expert Discovery | July 30, 2024 |

Respectfully submitted,

**DEBEVOISE & PLIMPTON LLP**

By: *s/ Maeve O'Connor*
   Maeve O'Connor
   mloconnor@debevoise.com
   Elliot Greenfield
   egreenfield@debevoise.com
   Brandon Fetzer
   bfetzer@debevoise.com
   66 Hudson Boulevard
   New York, NY 10001
   Tel: 212.909.6000

*Attorney for Defendant and Counterclaim-Plaintiff*

**HAYNES AND BOONE, LLP**

By: *s/ Leslie C. Thorne*
   Leslie C. Thorne
   leslie.thorne@haynesboone.com
   Jason Jordan
   jason.jordan@haynesboone.com
   Aishlinn Bottini
   aishlinn.bottini@haynesboone.com
   Michael Freyberg
   michael.freyberg@haynesboone.com
   30 Rockefeller Plaza, 26th Floor
   New York, New York 10112
   Tel: 212.659.7300

*Attorney for Plaintiffs and Counterclaim-Defendants*

cc: All Counsel of Record (*via ECF*)

SO ORDERED this ____ day of _____, 2023.

_____
THE HONORABLE KATHARINE H. PARKER
United States Magistrate Judge