USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
GMO GAMECENTER USA, INC. and GMO
INTERNET, INC.,

                              Plaintiffs,

       -against-

 WHINSTONE US, CORPORATION,

                             Defendant.
----------------------------------------------------------------X

**22-CV-5974 (JPC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Case Management Conference scheduled on Thursday, November 16, 2023, at 4:00 p.m. is rescheduled to **Tuesday, November 14, 2023 at 10:00 a.m.** The conference will be held in Courtroom 17-D, U.S. Courthouse, 500 Pearl Street, New York, New York.

        **SO ORDERED.**

DATED:       New York, New York
                   November 9, 2023

                                                            _____
                                                             KATHARINE H. PARKER
                                                              United States Magistrate Judge