```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GMO GAMECENTER USA, INC. and GMO
INTERNET, INC.,

                              Plaintiffs,           **22-CV-5974 (JPC) (KHP)**

      -against-

                                                           **ORDER**

WHINSTONE US, CORPORATION,

                              Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the November 14, 2023 Case Management Conference:

The deadline to serve third-party subpoenas is extended from Thursday, November 30, 2023 to **Monday, January 15, 2024**.

The deadline for any letter motion to compel third-party discovery is **Wednesday, January 10, 2024**, with any opposition letter due on **Wednesday, January 24, 2024**.

A Case Management Conference is scheduled on **Monday, January 29, 2024 at 12:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York NY. At the conference, in addition to general case management items, the Court will discuss any unresolved disputes as to third-party subpoenas.  Any subpoenaed third parties with unresolved objections to the subpoenas are invited to attend the conference.  In the event any third parties wish to attend the conference but cannot easily travel to the Courthouse, they may file a letter no later than **Thursday, January 25, 2024** requesting to be telephonically dialed in to the conference.

By **Wednesday, January 3, 2024**, the parties shall mail a copy of this Order to any third parties that have asserted objections to the subpoenas that are not yet resolved at that time.

On **Thursday, January 25, 2024**, the parties shall file a joint letter setting forth a proposed agenda for the January 29 conference, including providing an overview of any unresolved objections to the third-party subpoenas.

**SO ORDERED.**

DATED:   New York, New York
         November 14, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge