# HAYNES BOONE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/12/2024

**MEMO ENDORSED**

January 11, 2024

<u>Via ECF</u>

The Hon. Judge Katharine H. Parker
United States Magistrate Judge
District Court for the Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

   Re: *GMO Gamecenter USA, Inc., et al. v. Whinstone US, Inc.*, No. 1:22-cv-5974.

Dear Magistrate Judge Parker:

Pursuant to Your Honor's Individual Practices in Civil Cases Rule I.c, counsel for GMO Gamecenter USA, Inc. and GMO Internet Group, Inc. ("GMO") hereby submit this unopposed letter motion for an order adjourning (i) the January 29, 2024 status conference, and (ii) the January 25, 2024 deadline for the parties to submit the preconference letter setting forth a conference agenda, each set in Your Honor's November 14, 2023 Order, *see* ECF No. 110 (the "November 14 Order"), to later dates. Counsel for GMO now have scheduling conflicts requiring that they be out of the country on January 29. As such, GMO respectfully requests that the Court adjourn (i) the conference to February 5, 7, or 8, or a later date that is convenient for the Court, and (ii) the deadline for the parties to submit the preconference letter to the date that is four business days preceding the adjourned conference date.

The November 14 Order invites third parties that objected to subpoenas to attend the conference. In the event the Court grants GMO's request and adjourns the conference to a later date, counsel for the parties will notify any third parties that objected to subpoenas of the new conference date.

GMO has not previously requested an adjournment of this conference or the pre-conference letter deadline, and Whinstone does not oppose this request.

We thank the Court for its attention to this matter.

Very truly yours,

*Leslie Thorne*

Leslie C. Thorne
leslie.thorne@haynesboone.com
Direct Phone Number: 212.835.4848

---

**APPLICATION GRANTED:** The Case Management Conference scheduled for 1/29/2024 at 12:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Monday, February 5, 2024 at 2:15 p.m.**
Joint agenda letter due by **February 1, 2024.**

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

01/12/2024