USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GMO GAMECENTER USA, INC. and GMO INTERNET, INC.,

                        Plaintiffs,

       -against-

WHINSTONE US, CORPORATION,

                        Defendant.
-----------------------------------------------------------------X

**22-CV-5974 (JPC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the February 5, 2024 Case Management Conference:

Defendant shall produce to Plaintiffs the documents provided to Defendant by non-party TXU Energy Retail Company, LLC ("TXU") in response to Plaintiff's subpoena that was served on TXU.

The deadline for fact discovery is extended to **Wednesday, June 5, 2024**. Document discovery shall be substantially completed by **Friday, March 15, 2024**. The deadline for expert discovery is extended to **Tuesday, September 24, 2024**. Initial expert reports are due **Monday, July 15, 2024**, and rebuttal expert reports are due **Monday, August 28, 2024**.

The parties shall start serving deposition notices over the next few weeks and calendar party depositions to occur in April and May. Depositions are provisionally limited to 10 per side. To the extent the parties require additional depositions, they shall file a letter providing a justification as to why additional depositions are needed.

The parties shall file a joint status update on **Friday, March 15, 2024** that advises the Court of the status of discovery and of the dates for upcoming depositions, and that succinctly articulates any disputes or issues that require the Court's intervention.

**SO ORDERED.**

DATED: New York, New York
February 6, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge