USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/17/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GMO GAMECENTER USA, INC. and GMO
INTERNET, INC.,

                        Plaintiffs,                        **22-CV-5974 (JPC) (KHP)**

        -against-

                                        **ORDER SCHEDULING CASE**
WHINSTONE US, CORPORATION,                        **MANAGEMENT CONFERENCE**

                        Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

A Case Management Conference in this matter is hereby scheduled on **Tuesday, April 30, 2024 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York NY.

           SO ORDERED.

DATED:        New York, New York
                  March 17, 2024

                                                     _____
                                                       KATHARINE H. PARKER
                                                       United States Magistrate Judge