UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GMO GAMECENTER USA, INC. and GMO
INTERNET GROUP, INC.,

                  *Plaintiffs*,

   - against -

WHINSTONE US, INC.,

                  *Defendant.*

Civil Action No. 1:22-cv-05974-JPC-KHP

---

WHINSTONE US, INC.,

                  *Counterclaim Plaintiff*,

   - against -

GMO GAMECENTER USA, INC. and GMO
INTERNET GROUP, INC.,

                  *Counterclaim Defendant*.

**AMENDED STIPULATION AND
PROTECTIVE ORDER**

---

WHEREAS, the parties in the above-captioned action (the "Parties" and each, a "Party") agreed to the Stipulated Protective Order, so-ordered on January 10, 2023 (*see* ECF No. 43, the "Protective Order");

WHEREAS, the Protective Order is silent as to nonparties' ability to designate information produced in nonparty discovery as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY; and

WHEREAS, in the course of nonparty discovery, certain nonparties have indicated that they anticipate producing sensitive, non-public information that would otherwise qualify for protection under the Protective Order;  it is hereby

ORDERED that the Protective Order is amended to not only apply to documents or information produced by the Parties, but to also apply to documents or information produced by

nonparties in the above-captioned action.  In accordance with the terms of the Protective Order,

sensitive, nonpublic information produced by nonparties to this action may be marked

CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY, as appropriate,

and will be subject to the terms of the Protective Order.


HAYNES AND BOONE LLP

DEBEVOISE & PLIMPTON LLP


By: */s/ Leslie C. Thorne*
    Leslie C. Thorne
    leslie.thorne@haynesboone.com
    Alexandra Larkin
    alexandra.larkin@haynesboone.com
    Michael Freyberg
    michael.freyberg@haynesboone.com
    30 Rockefeller Plaza, 26th Floor
    New York, New York 10112
    Tel.: (212) 659-7300

**ATTORNEYS FOR GMO
GAMECENTER USA, INC.
and GMO INTERNET GROUP, INC.**

By: */s/ Brandon Fetzer*
    Brandon Fetzer
    bfetzer@debevoise.com
    Maeve O'Connor
    mloconnor@debevoise.com
    Elliot Greenfield
    egreenfield@debevoise.com
    66 Hudson Boulevard
    New York, NY 10001
    Tel: (212) 909-6000

**ATTORNEYS FOR DEFENDANT
WHINSTONE US, INC.**


SO ORDERED.

Dated: April 9, 2024
New York, New York

*Katharine H. Parker*
KATHARINE H. PARKER, U.S.M.J.