```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GMO GAMECENTER USA, INC. and GMO
INTERNET, INC.,
                                        Plaintiffs,             22-CV-5974 (JPC) (KHP)

                    -against-                                         ORDER

 WHINSTONE US, CORPORATION,

                                        Defendant.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of Defendant's letter motion for a discovery extension (ECF No. 135) and Plaintiffs' opposition to that motion (ECF No. 136). The Court finds that a brief discovery extension is necessary in order to accommodate certain discovery delays by both sides but does not find good cause for a two-month extension. Accordingly, the following discovery extensions are granted:

- The deadline to serve third party subpoenas is extended to **April 26, 2024;**
- The deadline for any motions to compel third party discovery is extended to **May 24, 2024**;
- The deadline for completion of all fact discovery is extended to **July 3, 2024**;
- The deadline for initial expert reports is extended to **August 12, 2024**;
- The deadline for rebuttal expert reports is extended to **September 25, 2024**;
- The deadline for the close of expert discovery is extended to **October 18, 2024**.

No further extensions of these deadlines will be granted absent a compelling showing of good cause. To the extent the parties encounter discovery disputes that cannot be

resolved through the meet and confer process, they shall promptly bring those disputes to the Court's attention so that the Court can assist in their timely resolution.

**The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 135.**

    **SO ORDERED.**

DATED:    New York, New York
            April 12, 2024

                                                _Katharine H. Parker_
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge