```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GMO GAMECENTER USA, INC. and GMO
INTERNET, INC.,
                                Plaintiffs,                        22-CV-5974 (JPC) (KHP)

            -against-                                                       ORDER

 WHINSTONE US, CORPORATION,

                                Defendant.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the April 30, 2024 Case Management Conference:

Defendant shall produce to Plaintiffs by **May 3, 2024**, a list of counter-search terms and parameters for Plaintiffs to consider for discovery. Any motion to compel must be filed by **May 24, 2024**, and any oppositions must be filed by **June 11, 2024**. No reply. If the parties do not need to file motions to compel, the parties will alert the Court via letter on May 24, 2024.

The deadline for fact discovery for purposes of completing fact depositions is extended to **September 2, 2024**. Initial expert reports are due **October 11, 2024**, and rebuttal expert reports are due **November 25, 2024**. The deadline for expert discovery is extended to **December 17, 2024**.

The parties shall file a joint status letter on **May 30, 2024** that advises the Court of the status of discovery, and that succinctly articulates any disputes or issues that require the Court's intervention.

1

A Settlement Conference is hereby scheduled for **November 12, 2024 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

    **SO ORDERED.**

DATED:    New York, New York
             April 30, 2024

                                            KATHARINE H. PARKER
                                            United States Magistrate Judge