```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/08/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GMO GAMECENTER USA, INC. and GMO
INTERNET, INC.,

                            Plaintiffs,

       -against-

WHINSTONE US, CORPORATION,

                            Defendant.
-----------------------------------------------------------------X

**22-CV-5974 (JPC) (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the August 7, 2024 Case Management Conference:

The Court refers the parties to the Conference transcript for the Court's rulings on the four discovery disputes.

GMO is directed to submit revised oral examination topics and document requests for nonparties Aroosh Thillainathan and Northern Data by **August 9, 2024**. The revised requests and topics should be precise, narrowly-tailored, and should avoid legal questions.

The discovery schedule is revised as follows:

The parties shall finalize a fact deposition schedule in the next 7 days. The close of fact discovery and the deadline for the parties to complete fact depositions is extended until **November 22, 2024**. The deadline for initial expert reports is extended to **January 10, 2025** and the deadline for rebuttal expert reports is extended to **February 24, 2025**. Expert discovery will close on **March 17, 2025**.

The Case Management Conference currently scheduled for September 12, 2024 at 10:00 a.m. is hereby adjourned. The parties shall file a joint status letter by **September 16, 2024** updating the Court on the status of discovery.

**SO ORDERED.**

DATED:    New York, New York
               August 8, 2024

                                                                                                KATHARINE H. PARKER
                                                                                                United States Magistrate Judge