**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GMO GAMECENTER USA, INC. and GMO
INTERNET, INC.,

                               Plaintiffs,

         -against-

WHINSTONE US, CORPORATION,

                               Defendant.
-----------------------------------------------------------------X

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2024**

**22-CV-5974 (JPC) (KHP)**

<u>**POST-CONFERENCE ORDER**</u>

**KATHARINE H. PARKER, United States Magistrate Judge:**

       As discussed at the Case Management Conference on September 18, 2024, the depositions of Ami Matsumoto and Hirofumi Yamashita shall proceed as scheduled. In addition, the individual deposition of Heath Davidson shall be taken on October 2, 2024, in Texas. In the next two weeks, the parties shall meet and confer to renegotiate the scheduling of the remaining depositions, including the 30(b)(6) deposition of Heath Davidson. In the event that the parties are unable to agree on 30(b)(6) deposition topics, Whinstone may move for a protective order concerning such topics by **September 27, 2024**. The opposition is due **October 11, 2024**. No reply.

       As for the dispute regarding highly confidential or attorneys-eyes-only documents under the current stipulation and protective order, the parties are directed to follow the Court's directions as stated during the Conference. In addition, the parties shall file a joint status letter by **October 7, 2024**, informing the Court of the status of the revised deposition schedule, and any other outstanding discovery disputes.

**SO ORDERED.**

DATED:  New York, New York
September 18, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge