```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GMO GAMECENTER USA, INC. and GMO
INTERNET, INC.,

                                  Plaintiffs,

           -against-

WHINSTONE US, CORPORATION,

                                Defendant.
-----------------------------------------------------------------X

22-CV-5974 (JPC) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Court is in receipt of Plaintiffs' letter filed today and expects that the parties will continue to meet and confer, and resolve outstanding discovery disputes. In anticipation of the upcoming Case Management Conference on November 12, 2024, the parties shall file a joint letter by **Thursday, November 7, 2024**, identifying those discovery disputes that remain and that are ripe for Court intervention.

**SO ORDERED.**

DATED:    New York, New York
               October 10, 2024

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge