```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GMO GAMECENTER USA, INC. and GMO
INTERNET, INC.,

                        Plaintiffs,

      -against-

WHINSTONE US, CORPORATION,

                        Defendant.
------------------------------------------------------------------X

22-CV-5974 (JPC) (KHP)

**DISCOVERY ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of Judge Cronan's recent ruling on GMO's request for discovery related to documents "referencing GMO and/or the Texas Agreement not by name, but as part of a larger group or business strategy[,]" GMO is directed to file a letter with the Court by **Tuesday, November 26, 2024**, proposing the search terms that would be used to conduct such search, and explaining why the information sought is proportional to the needs of the case. Whinstone shall file its response by **Friday, December 6, 2024**. Each letter shall be no more than three pages. No reply.

**SO ORDERED.**

DATED:      New York, New York
               November 19, 2024

                                                 _____
                                                 KATHARINE H. PARKER
                                                 United States Magistrate Judge