USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GMO GAMECENTER USA, INC. and GMO
INTERNET, INC.,

                               Plaintiffs,

                -against-

 WHINSTONE US, CORPORATION,

                               Defendant.
-----------------------------------------------------------------X

**22-CV-5974 (JPC) (KHP)**

**DISCOVERY ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of the parties' status letter at ECF No. 231, as well as GMO's *in camera* submission regarding Masafumi Okumura.  After review of the *in camera* materials, the Court concludes that a deposition of Mr. Okumura is not feasible at this time and for an indefinite period.  Accordingly, the parties are again directed to meet and confer regarding taking Mr. Okumura's deposition on written questions.  The parties shall file a status letter with the Court concerning Mr. Okumura's deposition by **Monday, December 9, 2024**.

**SO ORDERED.**

DATED:       New York, New York
               November 26, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge