USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GMO GAMECENTER USA, INC. and GMO INTERNET, INC.,

                              Plaintiffs,

     -against-

WHINSTONE US, CORPORATION,

                              Defendant.
-----------------------------------------------------------------X

**22-CV-5974 (JPC) (KHP)**

**DISCOVERY ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Court is in receipt of GMO's *in camera* submission regarding Masafumi Okumura. After review of the *in camera* materials, the Court concludes that a deposition of Mr. Okumura is not feasible at this time and for an indefinite period. Accordingly, Whinstone shall provide its written questions to GMO within two business days of this Order, and GMO shall return Mr. Okumura's responses by the close of fact discovery.

**SO ORDERED.**

DATED:    New York, New York
             January 14, 2025

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge