USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GMO GAMECENTER USA, INC. and GMO
INTERNET, INC.,

                                 Plaintiffs,                       **22-CV-5974 (JPC) (KHP)**

      -against-                                   **DISCOVERY ORDER**

WHINSTONE US, CORPORATION,

                                 Defendant.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Court is in receipt of GMO's letters regarding outstanding discovery disputes at ECF Nos. 262 and 263. Whinstone shall bring copies of the over 400[1] documents that are the subject of GMO's letter at ECF No. 262, as well as the portions of the privilege log that apply to those documents, to the Case Management Conference on **February 4, 2025 at 2:30 p.m**.

**SO ORDERED.**

DATED:     New York, New York
             February 3, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge

---

[1] This encompasses the 377 communications that include third parties and the 100+ emails and attachments sent by William Jackman.