```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GMO GAMECENTER USA, INC. and GMO
INTERNET, INC.,

                      Plaintiffs,

       -against-

WHINSTONE US, CORPORATION,

                      Defendant.
-----------------------------------------------------------------X

**22-CV-5974 (JPC) (KHP)**

**ORDER ON MOTION TO SEAL**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       On January 31, 2025, the parties jointly filed a motion to seal an exhibit submitted in support of a letter regarding discovery, and to redact the portions of the discovery letter that describe the contents of the exhibit. (ECF No. 260.) Specifically, the parties seek to seal Exhibit B contained in Plaintiffs' filing at ECF No. 262, and redact portions of the filing itself. The Court has reviewed the parties' filings and finds that Exhibit B contains a detailed analysis of different pricing scenarios for Whinstone customers' hosting agreements, and therefore sealing such document and redacting the portion of Plaintiffs' letter that describes Exhibit B is consistent with the *Lugosch* standard. See *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (finding that courts may grant motions to seal where the parties make "specific, on the record findings . . . demonstrating that closure is essential to preserve higher values and [sealing] is narrowly tailored to serve that interest."). Therefore, Plaintiff's Motion to Seal is GRANTED.

       **The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 260 and 261.**

**SO ORDERED.**

DATED: New York, New York
February 7, 2025

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge