```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GMO GAMECENTER USA, INC. and GMO
INTERNET, INC.,

                              Plaintiffs,                             **22-CV-5974 (JPC) (KHP)**

           -against-                                              **ORDER**

WHINSTONE US, CORPORATION,

                              Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Court is in receipt of Whinstone's letter asking the Court to order GMO to provide Masafumi Okumura's responses to the deposition on written questions by March 27, 2025, as well as GMO's response thereto. (ECF Nos. 288, 291.) The Court's Discovery Order dated January 14, 2025 stated that "GMO shall return Mr. Okumura's responses *by the close of fact discovery*." (ECF No. 257) (emphasis added). Two weeks later when the parties jointly requested an extension to the discovery schedule, neither side made any mention that the deadline for Mr. Okumura's responses would be unaffected by the extension. (*See* ECF No. 259.) Accordingly, the deadline for GMO to provide Mr. Okumura's responses is the close of fact discovery.

**SO ORDERED.**

DATED:    New York, New York
               March 24, 2025

                                                               *Katharine H. Parker*
                                                                _____
                                                                KATHARINE H. PARKER
                                                                United States Magistrate Judge