# HAYNES BOONE

*Via ECF*

The Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  04/29/2025
```

April 29, 2025

    Re:    *GMO Gamecenter USA, Inc., et al. v. Whinstone US, Inc.*, No. 1:22-cv-05974: Letter Requesting Rescheduling of May 8, 2025 Case Management Conference

Dear Judge Parker:

    We write on behalf of plaintiffs GMO Gamecenter USA Inc. and GMO Internet, Inc. (collectively, "GMO") in accordance with Your Honor's Individual Practices in Civil Cases, Rule I.b and I.c to request that the Case Management Conference currently scheduled for May 8, 2025 at 2:30pm (set by ECF No. 314) be rescheduled to May 21, May 22 or May 23, 2025, or another date thereafter according to the Court's availability. This is the first request to reschedule this conference.

    GMO requests this conference be rescheduled to accommodate counsel's work-related travel. GMO's counsel has discussed its request to reschedule the conference with Whinstone's counsel, who consents to rescheduling the conference to the above-referenced dates.

    In view of the forgoing, GMO respectfully requests a brief adjournment until May 21, May 22 or May 23, 2025 for the next case management conference.

Respectfully submitted,

*/s/ Leslie C. Thorne*

Leslie C. Thorne

---

**APPLICATION GRANTED:** The Case Management Conference in this matter scheduled for May 8, 2025 at 2:30 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Thursday, May 22, 2025 at 11:30 a.m.

APPLICATION GRANTED

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

04/29/2025