**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
GMO GAMECENTER USA, INC. and GMO INTERNET, INC.,

                           Plaintiffs,

      -against-

WHINSTONE US, CORPORATION,

                           Defendant.
----------------------------------------------------------------X

**22-CV-5974 (JPC) (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The parties in the above-captioned action appeared before the undersigned on June 16, 2025, for a case management conference.  The Court extended discovery, ordering the following as stated on the record:

- The following deadlines shall apply:
    - Initial expert reports due by **August 20, 2025**
    - Deposition of Mr. Kumagai by **August 22, 2025**
    - Rebuttal expert reports by **October 15, 2025**
    - Close of Expert Discovery by **November 20, 2025**
    - Motions for summary judgment by **December 11, 2025.  Opposition briefs due 30 days thereafter.  Reply briefs due 14 days thereafter.**  The parties are excused from filing pre-motion letters in connection with summary judgment and shall simply file briefs in accordance with this schedule.
- The parties are directed to meet and confer regarding a discussion to take place among experts and relevant individuals at GMO who understand the miner data recently

produced. The discussion or discussions shall take place on one or more dates on or before **July 8, 2025.** The discussion(s) may be recorded merely to facilitate the expert's later review. However, the parties are advised that the recording shall not constitute evidence or testimony in discovery regarding the data, and none of the statements made at the discussion shall be sworn statements. The parties are directed to cooperate on setting up the discussion(s).

- Whinstone's motion to clawback a single unredacted document, filed as ECF No. 374 (and 385) is **granted** for the reasons stated on the record. **The Clerk is requested to terminate the motion as granted.**

- Regarding the sanctions motions contemplated by each side, the Court is disinclined to permit any sanctions motions at this time. Therefore, the deadline for such motions is adjourned sine die. By **July 16, 2025**, each party shall file a status letter on the progress of discovery, including the progress made with respect to understanding the Miner Data and recovering text messages from certain individuals formerly associated with Whinstone/Riot.

**SO ORDERED.**

DATED:   New York, New York
         June 16, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge