

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

July 11, 2025

<u>Via ECF</u>

The Honorable John P. Cronan
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

    Re:    *GMO Gamecenter USA, Inc. and GMO Internet Group, Inc. v. Whinstone US, Inc.*, No. 1:22-cv-5974 (S.D.N.Y.)

Dear Judge Cronan:

    We write on behalf of non-party Riot Platforms, Inc. ("Riot") in accordance with Rule 4.B.ii of the Court's Individual Rules and Practices in Civil Cases to request permission to file a redacted copy of Riot's Opposition to Plaintiffs' Objection to Magistrate Judge Parker's Discovery Order (the "Opposition") and slip sheets for two exhibits to the Declaration of Brandon Fetzer in support of the Opposition (the "Declaration") on the public docket. The Opposition concerns documents protected from disclosure by the attorney-client privilege and the work-product doctrine. These privileged documents are included as Exhibits B and C to the Declaration. Riot respectfully requests permission to redact the portions of the Opposition that quote from and reference the protected information, and to file slip sheets on the public docket for the protected exhibits. Riot will email the Court an unredacted version of the Opposition, along with the exhibits at issue, for *in camera* review.

Respectfully submitted,

*/s/ Brandon Fetzer*
Brandon Fetzer
bfetzer@debevoise.com

> The request is granted. The Court finds this limited sealing warranted *under Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006).
>
> SO ORDERED
> July 14, 2025
> New York, New York
>
> _____
> JOHN P. CRONAN
> Untied States District Judge