**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
GMO GAMECENTER USA, INC. and GMO
INTERNET, INC.,

                                  Plaintiffs,            **22-CV-5974 (JPC) (KHP)**

             -against-              **OPINION & ORDER REGARDING**
                                                              **ADDITIONAL DEPOSITION**
WHINSTONE US, CORPORATION,                   **TESTIMONY**

                                  Defendant.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      This Court recently granted in part Plaintiffs GMO Gamecenter USA, Inc. and GMO Internet, Inc.'s (together, "GMO") motion to compel production of documents withheld as privileged by Defendant Whinstone US, Corporation's ("Whinstone") and its parent company, Riot Blockchain, Inc. ("Riot"). (ECF No. 420) In its Opinion, the Court ordered Whinstone and Riot to produce certain business and financial analyses conducted in connection with terminating a contract between Whinstone and GMO. (*Id.*) The Court also denied a motion to stay pending resolution of an objection to the Court's Opinion. (ECF No. 457)

      GMO now moves to require Riot's corporate representative to answer questions about the business and financial analyses that the Court ordered produced. (ECF No. 428) GMO has provided the proposed deposition questions, and the Court finds them all to be appropriate areas of inquiry that do not invade privilege. Accordingly, the Court GRANTS the motion.

      To the extent GMO requests attorneys' fees and costs associated with bringing its motion, that request is denied for the same reason it declined to award fees and costs in connection with the motion to compel production of documents withheld as privileged.

The additional two hours of deposition shall take place on or before September 30, 2025. The Clerk of Court is respectfully requested to terminate the motion at ECF No. 428 as granted.

**SO ORDERED.**

DATED:    New York, New York
         August 12, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge