UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------X

GMO GAMECENTER USA, INC. and GMO
INTERNET, INC.,

               Plaintiffs/Counterclaim-Defendants,        **22-CV-5974 (JPC) (KHP)**

               -against-                                               **ORDER**

WHINSTONE US, Inc.,

               Defendant/Conterclaim-Plaintiff.

------------------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      This Court granted Plaintiffs' motion to file the Fifth Amended Complaint ("FAC") on August 26, 2025. (ECF No. 493.) That Order instructed that Plaintiffs would file the FAC within five (5) days of the date of the Order granting the motion, which they did on the same date, August 26, 2025. (*Id.* at 8; ECF No. 494.) The same paragraph provided Riot/Whinstone's Answer would be due fourteen (14) days after the FAC was filed. (ECF No. 493, at 8.) Accordingly, by the Court's order, the Answer is due September 9, 2025.

      After the Court's order, Plaintiffs filed a certificate of service of the FAC on the Defendants. (ECF No. 501.) It appears that that filing automatically triggered a computer-generated deadline of September 19, 2025, for the filing of Defendants' Answer. This deadline can be disregarded. The Court clarifies that its August 26, 2025 order controls absent further order of the Court. The Answer will be due by September 9, 2025.

      **SO ORDERED.**

DATED:    New York, New York
              September 3, 2025

                                                _____
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge