**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GMO GAMECENTER USA, INC. and GMO
INTERNET, INC.,

                               Plaintiffs,

           -against-

WHINSTONE US, CORPORATION, et al.

                              Defendants.
-----------------------------------------------------------------X

**22-CV-5974 (JPC) (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The parties in the above-captioned case appeared before the undersigned for a case management conference on November 5, 2025. On the record, the Court denied Plaintiffs' request to file a motion for sanctions, finding Plaintiffs had not stated an adequate basis for a Rule 37 sanctions motion. However, the Court noted that Plaintiffs will be permitted to seek communications which attached the specific document referenced in their letter. (ECF No. 525.) Plaintiffs shall request these documents no later than **November 12, 2025**, and the Defendants shall respond no later than **November 19, 2025**. Otherwise, fact discovery remains closed.

      SO ORDERED.

DATED:    New York, New York
              November 6, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge