UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                       :

GMO GAMECENTER USA, INC. and GMO
INTERNET GROUP, INC.,                    :

                  Plaintiffs,         :

       -v-                    :          22 Civ. 5974 (JPC) (KHP)

                       :

WHINSTONE US, INC. and RIOT PLATFORMS, INC.,  :         ORDER

                       :

             Defendants.     :

                       :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

By April 6, 2026, the parties shall submit a joint letter (1) listing all pending motions in this case, including any motions which may not have been filed on the docket; (2) with respect to any pending motions for seal, indicating which such motions are opposed; (3) identifying any other issues that are awaiting judicial resolution or otherwise should be discussed at the conference; (4) updating the Court as to the status of any settlement discussions, including whether the parties request a referral either back to Judge Katharine H. Parker for a settlement conference or to the Court-annexed mediation program; (5) providing an estimated length of trial; and (6) proposing trial dates in the first half of 2027.

      SO ORDERED.

Dated: April 1, 2026
      New York, New York          _____
                              JOHN P. CRONAN
                         United States District Judge