UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                 :

GMO GAMECENTER USA, INC. and GMO
INTERNET GROUP, INC.,            :

                                 :

                Plaintiffs,     :

                                 :

         -v-               :          22 Civ. 5974 (JPC) (KHP)

                                 :

WHINSTONE US, INC. and RIOT PLATFORMS, INC.,  :          ORDER

                                 :

                Defendants.    :

                                 :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

A bench trial on all remaining claims in this case will commence on January 5, 2027. In advance of trial, the parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-p-cronan. The parties shall appear for a final pretrial conference on December 18, 2026, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The final pretrial conference must be attended by the attorney who will serve as principal trial counsel for each party.

By May 27, 2026, the parties should propose dates for all pretrial submissions and responsive memoranda.

      SO ORDERED.

Dated: May 13, 2026
      New York, New York                             _____
                                          JOHN P. CRONAN
                                  United States District Judge